*1081 525 U. S. 471;
525 U. S. 1142;
525 U.S. 1144;
525 U. S. 1145;
*1082 No. 98-1104.
No. 98-1105.
No. 98-6314.
No. 98-6326.
No. 98-6794.
No. 98-6886.
No. 98-6979.
No. 98-6988.
No. 98-7086.
No. 98-7108.
No. 98-7119.
No. 98-7143.
No. 98-7146.
No. 98-7161.
No. 98-7199.
No. 98-7200.
No. 98-7228.
No. 98-7230.
No. 98-7288.
No. 98-7308.
No. 98-7313.
No. 98-7422.
No. 98-7465.
No. 98-7608.
No. 98-7711.
No. 98-7849.
ante, p. 1005;
525 U. S. 1147;
525 U. S. 1148;
525 U. S. 977;
525 U. S. 1081;
525 U. S. 1110;
525 U.S. 1124;
525 U. S. 1087;
525 U. S. 1090;
525 U.S. 1151;
525 U. S. 1125;
525 U. S. 1066;
525 U. S. 1152;
525 U. S. 1137;
525 U. S. 1153;
525 U. S. 1153;
525 U. S. 1154;
525 U. S. 1154;
525 U. S. 1156;
525 U. S. 1156;
525 U. S. 1157;
525 U.S. 1181;
525 U. S. 1187;
525 U. S. 1166;
525 U. S. 1168; and
ante, p. 1009. Petitions for rehearing denied.